IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW BISHOP IVEY, #309 856, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:17-CV-757-WHA |
| | ) | [WO] |
| COUNTY OF BULLOCK | ) | |
| COMMISSIONER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on February 13, 2018. Doc. 12. There being no objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that Plaintiff's claims against Defendants Commissioner Ronald Smith, "Office Executive Director Bullock County Waste Department," and Robert Kendrick are DISMISSED without prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii).

It is ORDERED that Defendants Commissioner Ronald Smith, "Office Executive Director Bullock County Waste Department," and Robert Kendrick are TERMINATED as parties to the complaint. The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure as to those Defendants.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings regarding Plaintiff's claims against the remaining defendants.

Done, this 5th day of March 2018.

   /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE